**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 21-2287**

---

In re:  HENRY THOMAS CLARK,

Petitioner.

---

On Petition for Writ of Mandamus.  (1:08-cr-00297-WO-1)

---

Submitted:  November 30, 2021                     Decided:  December 9, 2021

---

Before KING, HARRIS, and QUATTLEBAUM, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Henry Thomas Clark, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Thomas Clark petitions for a writ of mandamus, alleging that, following remand from this court, the district court has unduly delayed in ruling on his motion filed pursuant to Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*